COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 


 
 
  
  
  
  
  
 IN RE:  OLD NAVY,
 LLC, Relator.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00103-CV
  
 AN ORIGINAL
 PROCEEDING
  
 IN MANDAMUS
  
  
 
 


MEMORANDUM
OPINION

 

            Pending before the Court is an Agreed
Motion to Dismiss Relator’s petition for writ of mandamus with prejudice.  Tex.
R. App. P. 42.1(a).  The parties
represent to the Court that all matters involved in the petition for writ of mandamus
have been fully and finally compromised and settled.

            We have considered the motion and
conclude that the motion should be granted. 
We therefore dismiss the petition for writ of mandamus with prejudice.  The parties have agreed that costs are to be
paid by the party incurring those costs as set forth in the settlement
agreement.  See Tex. R. App. P.
42.1(d).

 

July 31, 2012                                                   GUADALUPE
RIVERA, Justice

 

Before McClure, C.J., Rivera, J., and Antcliff, J.